IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KYLEN MAJOR,<br><br>    **Plaintiff,**<br><br>v.<br><br>EDWARD STALLMAN, AMANDA CHOATE, JOHN DOE SERGEANT, and ANTHONY WILLS (official capacity only),<br><br>    **Defendants.** | Case No. 25-cv-55-NJR |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

Plaintiff Kylen Major, an inmate of the Illinois Department of Corrections who is currently incarcerated at Menard Correctional Center, brings this action for deprivations of his constitutional rights pursuant to 42 U.S.C. § 1983. This matter is currently before the Court on Major's Order to Show Cause for a Preliminary Injunction and a Temporary Restraining Order (Doc. 43).

This is Major's second time filing a request for injunctive relief by filing a proposed order to show cause (See Doc. 20). As with his previous filing, Major submits a proposed order directing Defendants Amanda Choate and Anthony Wills to show cause why an injunction should not be entered prohibiting defendants from denying Major adequate medical care, stopping defendants from harassing, threatening, and transferring him to different cells, and writing fabricated disciplinary tickets (Doc. 43, p. 1). Although he does attach two affidavits documenting recent encounters with Amanda Choate, as well as a

1

memorandum of law, none of the filings demonstrates that he is entitled to injunctive relief.

In order to obtain preliminary injunctive relief, a plaintiff has the burden of demonstrating (1) a reasonable likelihood of success on the merits; (2) no adequate remedy at law; and (3) irreparable harm absent the injunction. *Planned Parenthood v. Commissioner of Indiana State Dep't Health*, 699 F.3d 962, 972 (7th Cir. 2012). Major once again discusses recent requests for medical care for his priaprism, noting that he sought care on various occasions in September and early October for persistent, painful erections. He alleges that Amanda Choate failed to provide him proper treatment (Doc. 43, pp. 4-7). But as the Court previously stated in denying his original motion for injunctive relief, his claims in this case focus on one incident of excessive force in August 2024 and his request for medical care on that date (Doc. 36, p. 8). There are no claims regarding the ongoing treatment for his priapism. To the extent that he seeks relief for the current treatment of his condition, he would need to file a new lawsuit. And, to the extent Major alleges that he has received fabricated tickets or is being harassed by other prison staff, those claims are also not the subject of this lawsuit. Finally, Major has not offered any factual allegations regarding his allegations of harassment and retaliatory conduct. Accordingly, his request for injunctive relief is **DENIED**.

**IT IS SO ORDERED.**

DATED:  October 23, 2025

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**